# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KIMBERLY L. MOORE,

                Plaintiff,

v.                                               Case No. 2:19-cv-00366-KG-KRS

CITY OF CLOVIS, a New Mexico incorporated municipality; JAMES GURULE, a police officer with the City of Clovis Police Department, in both his official and individual capacities; LOUIS RIDDLE, a police officer with the City of Clovis Police Department, in both his official and individual capacities; DIANNE CALBERT, a police officer with the City of Clovis Police Department, in both her official and individual capacities,

                Defendants.

## ORDER

THIS MATTER is before the Court upon parties' *Stipulated Notice of Settlement in Principle and Motion To Vacate All Deadlines.* (Doc. 35). The Court, having considered the Notice of Settlement in Principle and Motion to Vacate all Deadlines, FINDS that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all deadlines contained in the Scheduling Order (Doc. 24). are VACATED.

**IT IS FURTHER ORDERED** that the parties have up to and including November 2, 2019, to submit dismissal paperwork to the Presiding Judge.

                                                      _____
                                                      KEVIN R. SWEAZEA
                                                     UNITED STATES MAGISTRATE JUDGE