IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KIMBERLY L. MOORE,

    Plaintiff,

USDC Case No. 19-CV-00366 KG/KRS
v.     District Court Case No. D-905-CV-2018-00758

CITY OF CLOVIS, a New Mexico incorporated
municipality; JAMES GURULE, a police officer
with the City of Clovis Police Department in
both his official and individual capacities;
LOUIS RIDDLE, a police officer with the
City of Clovis Police Department, in both his
official capacities; DIANE CALBERT, a police
officer with the City of Clovis Police Department,
in both her official and individual capacities,

    Defendants.

## ORDER DISMISSING INDIVIDUAL DEFENDANTS WITH PREJUDICE

THIS MATTER having come before the Court on the parties Joint Motion to Dismiss Individual Defendants in the above-captioned matter and hereby states:

IT IS HERBY ORDERED that the individual defendants named in the above-captioned matter are DISMISSED with Prejudice.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

***/s/ Mark A. Basham***
Mark A. Basham, Esquire
Law Offices of Mark A. Basham, LLC
*Attorney for Defendants*
2205 Miguel Chavez Rd., Ste. A
Santa Fe, New Mexico 87505
(505) 988-4575 Telephone
mbasham@lawoffices-markbasham.com

***/s/ W. Chris Nedbalek***
W. Chris Nedbalek
Nedbalek Law Office, LLC
201 S. 6th Street, Suite 103
Brownfield, TX 79316
(575) 524-4588 Telephone
chris@ned4law.com